```
Kassra P. Nassiri (215405)
(kass@njfirm.com)
NASSIRI & JUNG LLP
47 Kearny Street, Suite 700
San Francisco, California 94108
Tel:  415-762-3100
Fax: 415-534-3200
```

Attorneys for Plaintiff Young Ho Won

# DISTRICT COURT OF THE UNITED STATES

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUNG HO WON,<br><br>         Plaintiffs,<br><br>vs.<br><br>CHARTIS SPECIALTY INSURANCE COMPANY a/k/a AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY; DOES 1 to 10, inclusive,<br><br>         Defendants. | **CASE NO.:  4:13-cv-01029-CW**<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RE: DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

1  WHEREAS the parties herein have reached a settlement in this matter;

2  IT IS HEREBY STIPULATED by and between the parties through their
3  counsel of record that this action be dismissed in its entirety with prejudice and
4  that the parties bear their own costs and attorney's fees.

5

6  Dated:  January 22, 2015         Respectfully submitted,
7                                   NASSIRI & JUNG LLP

8

9                                   By: /s/ Kassra P. Nassiri
10                                     Attorneys for Plaintiff
11                                     YOUNG HO WON

12

13  The undersigned have given authority to counsel for Plaintiff to file this
14  stipulation and proposed order.

15  Dated:  January 22, 2015         MORISON & PROUGH, LLP

16

17

18                                   By: /s/ William C. Morison
19                                     Attorneys for Defendant
                                       CHARTIS SPECIALTY
20                                     INSURANCE COMPANY

21

22  FOR GOOD CAUSE, this action is dismissed in its entirety with prejudice.
23  The parties shall bear their own costs and attorney's fees.

24  Dated:  1/23/2015

25

26

27                                   _____
                                     United States District Court Judge
28                                   Hon. Claudia Wilken

STIPULATION AND [~~PROPOSED~~] ORDER RE:  DISMISSAL WITH PREJUDICE
Case No. C 13-1029 CW

2